UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RODERICK WASHINGTON,<br><br>        Petitioner,<br>   vs.<br><br>ALLEN K. SCRIBNER, et al.,<br><br>        Respondent. | No. CV 09-57-CBM (AJW)<br><br>MEMORANDUM AND ORDER DISMISSING PETITION WITHOUT PREJUDICE |

On December 18, 2008, petitioner filed this petition challenging imposition of parole conditions, including registration as a sex offender and the application of "Jessica's Law" precluding him from living within 2000 feet of parks or schools. [Petition at 2]. The petition originally was filed in the United States District Court for the Eastern District of California, and was transferred to this Court on January 6, 2009. This petition challenges the same parole conditions and contains allegations similar to and overlapping with those made in a separate habeas petition that is currently pending in this Court. [Case No. CV 08-7911-CBM(AJW)].[1] Because there is

---

[1] The Court takes judicial notice of the relevant official court files. See Fed. R. Evid. 201; Lee v. City of Los Angeles, 250 F.3d 668, 688 (9th Cir. 2001).

1 | currently another petition pending involving the same petitioner and
2 | same subject, the interests of judicial economy and justice are best
3 | advanced by requiring that petitioner pursue his claims in a single
4 | proceeding.  Accordingly, this duplicative case is dismissed without
5 | prejudice.
6 | **IT IS SO ORDERED.**

DATED:   __3/20/09_____

_____
Consuelo B. Marshall
United States District Judge