UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **RODERICK WASHINGTON,** | ) |
| | ) |
| Petitioner, | ) No. CV 09-57-CBM (AJW) |
| vs. | ) |
| | ) JUDGMENT |
| **ALLEN K. SCRIBNER, et al.,** | ) |
| | ) |
| Respondent. | ) |
| _____ | ) |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: ___3/20/09___

_____
Consuelo B. Marshall
United States District Judge